No. 74–5203. JONES *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 74–5205. GARCIA, AKA GARCIA-QUESADA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5222. COLEMAN *v.* UNITED STATES; and
No. 74–5226. SIMMONS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 500 F. 2d 1403.

No. 74–5232. CHESNEY *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 74–5251. SCAGLIOLA *v.* SCAGLIOLA. Sup. Ct. Conn. Certiorari denied.

No. 74–5252. GREEN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5257. McDONALD *v.* ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 74–5263. ROSSILLI *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–5313. MILLER *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.